IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN WAYNE FELDMANN,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                               12-cv-912-wmc

GEORGE D. LLOYD FEDERAL BUILDING
and ALBERT ARMANDARIZ SR. UNITED
STATES DISTRICT COURT HOUSE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _(signature)_, Deputy Clerk                    1-3-2013
Peter Oppeneer, Clerk of Court                        Date